DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danelia    Pedraza Reyes,<br><br>           Plaintiff,<br><br>      vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>           Defendant. | Case No. 1:21-cv-00656-SKO<br><br>STIPULATION AND SECOND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 20) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from March 7, 2022 to April 6, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due Plaintiff's Counsel

mother and sister becoming ill. Since they are ill Plaintiff's Counsel is the only family member available to provide assistance to Plaintiff's Counsel immune compromised father. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 8, 2022        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff


Dated: March 8, 2022        PHILLIP A. TALBERT
                            United States Attorney
                            PETER K. THOMPSON
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration


By:  *_/s/ Meghan J. McEvoy_*
     Meghan J. McEvoy
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on March 8, 2022)

2

## **ORDER**

On March 8, 2022, the parties filed the above stipulation (Doc. 20), requesting a second extension of time for Plaintiff to file their opening brief—one day after Plaintiff's filing deadline expired on March 7, 2022 (*see* Doc. 19).

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, although the stipulation demonstrates good cause under to support the request for extension of time (see Fed. R. Civ. P. 16(b)(4)), no such excusable neglect has been articulated—much less shown—to justify the untimeliness of the request. Notwithstanding this deficiency, given the absence of bad faith or prejudice to Defendant (as evidenced by her agreement to the extension of time after the deadline), and in view of the liberal construction of Fed. R. Civ. P. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. **The parties are cautioned that future post hoc requests for extensions of time will be viewed with disfavor**.

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including April 6, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 14) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 9, 2022**                          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE