PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
Special Assistant United States Attorney
    601 E 12th Street, Suite 965
    Kansas City, MO 64106
    Telephone: (816) 936-5931
    Facsimile: (833) 950-3518
    Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DANELIA PEDRAZA REYES,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00656-SKO<br><br>STIPULATION AND ORDER TO REMAND<br><br>(Doc. 23) |

IT IS STIPULATED by and between Danelia Pedraza Reyes (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the medical and opinion evidence of record. The parties further request that the Court direct the

Stip. to Remand; 1:21-cv-00656-SKO

1  Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant,
2  reversing the final decision of the Commissioner.
3        This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the
4  Social Security Act, 42 U.S.C. 405(g).
5        Respectfully submitted this 17th day of May 2022.

7  Dated:  May 20, 2022                        */s/  Dolly M. Trompeter, Esq.*
8                                            DOLLY M TROMPETER, ESQ.
                                          Attorney for Plaintiff
9                                            *Authorized via e-mail on May 3, 2022

10  Dated:  May 20, 2022                        PHILLIP A. TALBERT
11                                            Acting United States Attorney
                                          LISA A. THOMAS
12                                            Regional Chief Counsel, Region VII
13                                            Social Security Administration

14                            By:     /s/ SARAH E. PRESTON
                                          SARAH E. PRESTON
15                                            Special Assistant United States Attorney
16  
                                          Attorneys for Defendant

Stip. to Remand; 1:21-cv-00656-SKO

**ORDER**

Based upon the parties' above stipulation ("Stipulation to Remand") (Doc. 23), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Danelia Pedraza Reyes and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **May 20, 2022**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE